Certificate Number: 17082-OR-DE-026059486

Bankruptcy Case Number: 15-32624



17082-OR-DE-026059486

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on August 17, 2015, at 8:20 o'clock PM MST, RUSSELL G GOMM completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:  August 17, 2015         By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director